UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Angela Ware,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Experian Information Solutions, Inc.; Equifax Information Services, LLC, and TransUnion, LLC<br><br>　　　　Defendants. | Case No.: 1:23-cv-05988-TWT-JSA<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendant Experian Information Solutions, Inc. hereby jointly stipulate that Defendant Experian Information Solutions, Inc. may be dismissed with prejudice, with each of the parties to bear their own fees and costs. Plaintiff's claims against Equifax Information Services, LLC and TransUnion, LLC remain pending.

　　　　Respectfully submitted April 5, 2024

*/s/ Esther Oise*
Esther Oise, Esq. (GA Bar #686342)
Oise Law Group PC
2635 Governors Walk Blvd.
Snellville, GA 30078
Email: oiselaw@gmail.com
Telephone: (770) 895-3736
Attorney for Plaintiff

*/s/ Paul L. Myers*
Paul L. Myers
Georgia Bar No. 767391
pmyers@qslwm.com
QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
(214) 560-5452

*/s/ Jodi L. Kalson*
Jodi L. Kalson
(Georgia Bar No. 184730)
JONES DAY
1221 Peachtree Street, N.E., Suite 400
Atlanta, GA 30361
Telephone: (404) 581-8822
Facsimile: (404) 581-8330
jkalson@jonesday.com
Counsel for Defendant
Experian Information Solutions, Inc.

(214) 871-2111 Fax
Counsel for Trans Union LLC

### CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

/s/ *Esther Oise*